**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**HON. ROY K. ALTMAN**

**ORDER SCHEDULING VIDEO STATUS CONFERENCES**

A status conference session has been scheduled to consider various matters before the Court. The Plaintiffs' Complaints allege violations of one of the following: the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181, *et seq*; the Fair Credit Reporting Act (the "FCRA"), 15 U.S.C. § 1681, *et seq.*; the Fair Debt Collection Practices Act (the "FDCPA"), 15 U.S.C. §§ 1692–1692p, *et seq*; the Fair Labor Standards Act (the "FLSA"), 29 U.S.C. § 203; the Fair Housing Act (the "FHA"), 42 U.S.C. § 3601, *et seq*; or the Telephone Consumer Protection Act (the "TCPA"), 47 U.S.C. § 227. Consistent with the Court's practices in these cases, counsel shall appear at a status conference on **Monday, November 7th, 2022, at 2:30 p.m.** Matters scheduled for consideration at this session are listed below with corresponding times.

Counsel may attend either in person or by Zoom. Those attending in person shall appear at the Wilkie D. Ferguson Jr. U.S. Courthouse: 400 North Miami Avenue Courtroom 13-2 Miami, Florida 33128. The Zoom information is as follows: The Meeting ID is 161 2752 2255. The Passcode is 7777. The videoconference is also available at zoom.us, by clicking the link "join a meeting" and entering the above Meeting ID and Passcode. Accordingly, the Court hereby **ORDERS** as follows:

1. The Clerk is **DIRECTED** to file this Order in **each** of the below cases.

2. The parties are not personally required to appear, but a representative of each party with full authority to enter a full compromise must appear.

3. If an agreement is reached, the parties shall promptly notify the Court.

4. The Plaintiff's counsel must appear with the entire case file. **If any of the Defendants have not yet appeared, the Plaintiff must serve a copy of this Order on any such Defendant within two business days of the date of this Order.**

5. Counsel are **ORDERED** to confer with opposing counsel beforehand to confirm mutual attendance.

6. The cases will be called according to the following schedule:

   a. 21-cv-62360 – *Smith et al. v. Equifax Inc., et al.*

   b. 22-cv-22745 – *Moskowitz v. Experian Information Solutions, Inc., et al.*

   c. 22-cv-61625 – *McDougald v. Experian Information Solutions, Inc., et al.*

   d. 22-cv-61805 – *Migliano v. Parler Inc.*

   e. 22-cv-61281 – *Thomas v. Tiffany & Bosco P.A.*

   f. 22-cv-61401 – *Uylett v. Mans Investment Broward County, LLC et al.*

   g. 22-cv-61531 – *Phillips v. Levine, P.A., et al.*

   h. 22-cv-61812 – *Higgs v. Health Management Corporation of America*

   i. 22-cv-22932 – *Gil v. Wells Fargo Bank, N.A.*

   j. 22-cv-22987 – *Gonzalez v. Pincho Factory #2, Inc. et al.*

   k. 22-cv-22727 – *Gonzalez v. 1350 S Dixie LLC d/b/a Thesis Hotel Miami, et al.*

   l. 22-cv-22480 – *Valiente v. Nexgen Global, LLC*

**DONE AND ORDERED** in the Southern District of Florida, this 26th day of October 2022.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record