UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:22-cv-22745-RKA

**LAURENCE MOSKOWITZ,**

    Plaintiff,

v.

**EXPERIAN INFORMATION SOLUTIONS INC AND NISSAN-INFINITI LT LLC,**

    Defendants.
_____/

### JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT NISSAN-INFINITI LT LLC

Plaintiff Laurence Moskowitz and Defendant Nissan-Infiniti LT LLC, by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, file this Joint Stipulation of Voluntary Dismissal with Prejudice of the above styled action with respect to Defendant Nissan-Infiniti LT LLC only.

[*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]

Respectfully Submitted,

| | |
|---|---|
| /s/ Thomas J. Patti | /s/ Alyssa N. Weiss |
| **THOMAS PATTI, ESQ.** | Joseph A. Apatov, Esq. |
| Florida Bar No. 118377 | Florida Bar No. 93546 |
| E-mail: tom@pzlg.legal | Alyssa Weiss, Esq. |
| **VICTOR ZABALETA, ESQ.** | Florida Bar No. 1032088 |
| Florida Bar No. 118517 | MCGLINCHEY STAFFORD |
| E-mail: victor@pzlg.legal | One East Broward Blvd., Ste. 1400 |
| PATTI ZABALETA LAW GROUP | Fort Lauderdale, FL 33301 |
| 3325 Northwest 55th Street | Telephone: (954) 356-2516 |
| Fort Lauderdale, Florida 33309 | japatov@mcglinchey.com |
| Phone: 561-542-8550 | aweiss@mcglinchey.com |
| | |
| *COUNSEL FOR PLAINTIFF* | *COUNSEL FOR DEFENDANT* |
| | *NISSAN-INFINITI LT LLC* |